UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIVERSITY OF MASSACHUSETTS, et al. ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:05-cv-00353 RMU |
| ) | Judge Ricardo M. Urbina |
| vs. ) | |
| ) | |
| ROSLIN INSTITUTE (EDINBURGH), et al. ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL**

The parties to the above-captioned action, pursuant to Rule 41(a)(1)(ii), Fed.R.Civ.P., hereby stipulate that this action be dismissed, with prejudice, and without costs.

| | |
|---|---|
| ROSLIN INSTITUTE (EDINBURGH), GERON CORPORATION, AND EXETER LIFE SCIENCES | UNIVERSITY OF MASSACHUSETTS AND ADVANCED CELL TECHNOLOGY, INC. |
| By: /s/ Lara C. Kelley_____ | By: /s/ Charles L. Gholz_____ |
| Charles E. Lipsey, D.C. Bar # 247049<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190-5675<br>Phone:  (571) 203-2700<br>Fax:  (202) 408-4400 | Charles L. Gholz, D.C. Bar # 58396<br>OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314<br>Phone:  (703) 412-6485<br>Fax:  (703) 413-2220<br><br>*Of Counsel:* |
| Lara C. Kelley, D.C. Bar # 467837<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, DC 20001-4403<br>Phone:  (202) 408-4000<br>Fax:  (202) 408-4400 | Robert H. Stier, Jr.<br>PIERCE ATWOOD LLP<br>One Monument Square<br>Portland, Maine 04101<br>Phone:  (207) 791-1100<br>Fax:  (207) 791-1350 |
| Attorneys for Defendants | Attorneys for Plaintiffs |
| Dated:  September 5, 2006 | Dated:  September 5, 2006 |

## CERTIFICATE OF SERVICE

      I hereby certify that on September 5, 2006, a copy of the foregoing **STIPULATION OF DISMISSAL** was filed electronically. Notice of this filing will be sent to the following Attorneys for Geron, et al. by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy of the foregoing and electronic notice of filing will be served on September 5, 2006, upon the following Attorneys for Geron et al. as agreed via e-mail.

Lara C. Kelley  
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.  
901 New York Avenue, N.W.  
Washington, DC 20001-4403  
Phone: (202) 408-4000  
Fax: (202) 408-4400  
Lara.kelley@finnegan.com

Charles Edmond Lipsey  
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.  
Two Freedom Square  
11955 Freedom Drive  
Reston, VA 20190-5675  
Phone: (571) 203-2700  
Fax: (202) 408-4400  
charles.lipsey@finnegan.com

                                              /s/ Frank J. West\_\_\_\_  
                                              Frank J. West